UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ELGIN TRAMMELL,** | )<br>) |
| Plaintiff, | ) No. CV 17-5255 AG (AJW)<br>) |
| v. | ) **JUDGMENT**<br>) |
| **JIM McDONNELL, et al.,** | )<br>) |
| Defendants. | )<br>) |

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated: 12/12/17

───────────────────────────
Andrew J. Guilford
United States District Judge